In the Matter of the Claim of ARTHUR WILLIAMS, JR., Respondent, against NOBBS & WILLIAMS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.